**Order entered August 28, 2020**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-20-00516-CV

### ANDREW CHOI, ET AL., Appellants

### V.

### BRIXMOR HOLDINGS 12 SPE, LLC, Appellee

**On Appeal from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-18475**

### ORDER

Before the Court is the August 25, 2020 unopposed motion of appellant Andrew Choi for an extension of time to file his brief on the merits. We **GRANT** the motion and extend the time to **September 25, 2020**.

/s/    ROBERT D. BURNS, III
       CHIEF JUSTICE